IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:22-cv-1181-STA-jay |
| | ) | |
| INFLECTION RISK SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN PSEUDONYM
PROTECTIVE ORDER**

Before the Court is Plaintiff Jane Doe's Motion to Proceed in Pseudonym and for Entry of a Protective Order (ECF No. 7) filed August 20, 2022, in conjunction with the opening of her case. Plaintiff seeks leave to proceed under the pseudonym Jane Doe to protect her privacy interests. Plaintiff served Defendant Inflection Risk Solutions, LLC, through an agent on November 7, 2022. *See* Summons Returned Executed (ECF No. 12). Plaintiff's proof of service stated that Plaintiff caused a copy of her Motion to Proceed in Pseudonym and for Entry of a Protective Order to be served on Defendant along with process and other filings in the case. Defendant filed its Answer to the Complaint (ECF No. 13) on December 19, 2022. To date, Defendant has never responded to the Motion, and the time to file its response has expired.

The Court finds that Plaintiff's request to proceed under a pseudonym is well taken. The Court will grant Plaintiff leave to pursue her claims under a pseudonym. The Court likewise will approve the protective order proposed by Plaintiff for the reasons articulated in her memorandum filed in support of the Motion. In order to protect Plaintiff's name from being disclosed in the

course of this litigation, the Court hereby orders pursuant to Federal Rule of Civil Procedure 26(c)(1) as follows:

1. Plaintiff Jane Doe has been GRANTED leave to proceed in pseudonym;

2. All Parties shall take all necessary actions to protect the identity of Jane Doe from disclosure to the public, including but not limited to, redacting her name from publicly filed documents and using the pseudonym "Jane Doe" in all instances, including where redaction is not possible;

3. If redaction or substitution of the pseudonym is not possible in the public filing of documents or other papers, such public filing shall be made under seal in accordance with this Court's Local Rules; and

4. All Parties shall admonish party and non-party witnesses that they are obliged to maintain true name of Jane Doe, as well as all other identifying information about her, as confidential.

This order will remain in place, pending further orders of the Court.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: January 31, 2023